LURI, APPELLEE AND APPELLANT/CROSS-APPELLEE, *v.* REPUBLIC SERVICES, INC. ET AL., APPELLANTS AND APPELLEES/CROSS-APPELLANTS.

[Cite as *Luri v. Republic Servs., Inc.,* 132
Ohio St.3d 316, 2012-Ohio-2914.]

(Nos. 2011–1097 and 2011–1120—Submitted
June 19, 2012—Decided July 3, 2012.)

**Per Curiam.**

{¶ 1} The certified question in case No. 2011–1097 is answered in the negative, and the cross-appellants' first proposition of law in case No. 2011–1120 is sustained. Appellant's discretionary appeal in case No. 2011–1120 is moot. The judgment of the court of appeals is reversed, and the cause is remanded for application of *Havel v. Villa St. Joseph,* 131 Ohio St.3d 235, 2012-Ohio-552, 963 N.E.2d 1270.

Judgment reversed
and cause remanded.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

———

Tucker, Ellis & West, L.L.P., Irene C. Keyse–Walker, and Benjamin C. Sassé, for appellee in case No. 2011–1097 and for appellant and cross-appellee in case No. 2011–1120.

Squire, Sanders & Dempsey, L.L.P., Robin G. Weaver, Stephen P. Anway, and Trevor G. Covey, for appellants in case No. 2011–1097 and for appellees and cross-appellants in case No. 2011–1120.